IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DESTRY E. THOMAS § | | |
| TDCJ-CID #1257786 § | | |
| V. § | | C.A. NO. C-08-238 |
| § | | |
| WARDEN WILLIAMS, ET AL. § | | |

**MEMORANDUM OPINION AND ORDER OF TRANSFER**

In this civil rights action brought pursuant to 42 U.S.C. § 1983, plaintiff, a Texas state prisoner proceeding *pro se*, claims that prison officials and personnel employed at the Allred Unit in Iowa Park, Texas, are denying him necessary medical treatment in deliberate indifference to his serious medical needs. Iowa Park is located in Wichita County which is in the Northern District of Texas, Wichita Falls Division. 28 U.S.C. § 124(a)(6).

Venue in federal question cases lies in the district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). A district court has the authority to transfer a case in the interest of justice to another district or division in which the action might have been brought. 28 U.S.C. §§ 1404, 1406; Balawajder v. Scott, 160 F.3d 1066, 1067 (5th Cir. 1998). The alleged events giving rise to plaintiff's claims occurred at the Allred Unit in Wichita County where plaintiff is presently incarcerated. In addition, defendants are located in Wichita County, Texas.

Accordingly, it is ordered that the Clerk of the Court TRANSFER this action to the United States District Court for the Northern District of Texas, Wichita Falls Division.

ORDERED this 29TH day of July, 2008.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE